Certificate Number: 01721-PAW-DE-035259048

Bankruptcy Case Number: 20-23163



01721-PAW-DE-035259048

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 11, 2021, at 7:02 o'clock PM EST, Eric Mertsch completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 12, 2021

By: /s/Sarah Chechak

Name: Sarah Chechak

Title: Counseling