Certificate Number: 01721-PAW-DE-035259048

Bankruptcy Case Number: 20-23163



01721-PAW-DE-035259048

# C‌ERTIFICATE O‌F D‌EBTOR E‌DUCATION

I CERTIFY that on January 11, 2021, at 7:02 o'clock PM EST, Eric  Mertsch completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 12, 2021           By:    /s/Sarah Chechak

Name:  Sarah Chechak

Title:  Counseling