# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Eric Mertsch**<br>　　**Jenna Mertsch fka Jenna Overly**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 20-23163 JAD**<br><br>**Chapter 7** |
| **PNC BANK, NATIONAL ASSOCIATION**<br>　　　　　　　　　　**Movant**<br>　　**vs.** | **Related to Doc No. 21** |
| **Eric Mertsch**<br>**Jenna Mertsch fka Jenna Overly**<br>　　　　　　　　　　**Debtor(s)** | |
| **Charles O. Zebley, Jr. Esq.**,<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## Default Order on Motion for Relief from the Automatic Stay

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 11, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Eric Mertsch
150 Madison Avenue
Greensburg, PA 15601

Jenna Mertsch fka Jenna Overly
150 Madison Avenue
Greensburg, PA 15601

Attorney for Debtor(s)
Francis R. Murrman
3 North Maple Avenue
Greensburg, PA 15601

Trustee
Charles O. Zebley, Jr. Esq.
P.O. Box 2124 (VIA ECF)
Uniontown, PA 15401

Method of Service: electronic means or first class mail

Dated: February 11, 2021

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Maria Miksich, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　　MMiksich@kmllawgroup.com