| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **ERIC MERTSCH** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−4855** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **JENNA MERTSCH** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−7681** <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **20−23163−JAD** | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ERIC MERTSCH                                           JENNA MERTSCH
                                                       fka Jenna Overly


3/10/21                                          **By the court:**  Jeffery A. Deller
                                                                   United States Bankruptcy Judge


### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                       Case No. 20-23163-JAD

ERIC MERTSCH                                                                    Chapter 7

JENNA MERTSCH

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: admin                                                   Page 1 of 2

Date Rcvd: Mar 10, 2021                              Form ID: 318                                        Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ERIC MERTSCH, JENNA MERTSCH, 150 Madison Avenue, Greensburg, PA 15601-2750 |
| 15308522 | + | Excela Health, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15308523 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15308524 | + | Kathleen Mertsch, 7339 Ringertown Road, Export, PA 15632-2607 |
| 15308525 | + | Medi-Lynx Cardiac Monitoring, 6700 Pinecrest DRive, Plano, TX 75024-4265 |
| 15308528 | + | PNC Bank, P.O. Box 747066, Pittsburgh, PA 15274-7066 |
| 15308529 | + | PNC Bank American Education Services, P.O. Box 65093, Baltimore, MD 21264-5093 |
| 15308526 | + | Pa Housing Inc, P.O. Box 296, Murrysville, PA 15668-0296 |
| 15308530 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 11 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2021 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 11 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2021 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15308521 + | EDI: CITICORP.COM | Mar 11 2021 04:23:00 | Citi, P.O. Box 6004, Sioux Falls, SD 57117-6004 |
| 15308520 | EDI: JPMORGANCHASE | Mar 11 2021 04:23:00 | Chase, P. O. Box 15123, Wilmington, DE 19850-5129 |
| 15308527 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 03:52:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 20-23163-JAD Doc 24 Filed 03/12/21 Entered 03/13/21 00:42:06 Desc Imaged
Certificate of Notice Page 4 of 4

| District/off: 0315-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 10, 2021 | Form ID: 318 | Total Noticed: 14 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles O. Zebley, Jr.
COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com

Francis R. Murrman
on behalf of Debtor ERIC MERTSCH FRMurrman@aol.com MLMurrman@aol.com

Francis R. Murrman
on behalf of Joint Debtor JENNA MERTSCH FRMurrman@aol.com MLMurrman@aol.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6