**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**ERIC MERTSCH**
**JENNA MERTSCH**
**fka Jenna Overly**
   Debtor(s)

Bankruptcy Case No.: 20−23163−JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Charles O. Zebley Jr. is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: March 31, 2021

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 20-23163-JAD

ERIC MERTSCH                                                 Chapter 7

JENNA MERTSCH

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: admin                                   Page 1 of 2

Date Rcvd: Mar 31, 2021                           Form ID: 129                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol           Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

**Recip ID                Recipient Name and Address**
db/jdb                   + ERIC MERTSCH, JENNA MERTSCH, 150 Madison Avenue, Greensburg, PA 15601-2750

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021                            Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

**Name                      Email Address**

Brian Nicholas
                     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles O. Zebley, Jr.
                     COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Francis R. Murrman
                     on behalf of Debtor ERIC MERTSCH FRMurrman@aol.com  MLMurrman@aol.com

Francis R. Murrman
                     on behalf of Joint Debtor JENNA MERTSCH FRMurrman@aol.com  MLMurrman@aol.com

Maria Miksich
                     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6